No. 23-1125

IN THE
UNITED STATES COURT OF APPEALS
FOR THE SEVENTH CIRCUIT

| | | |
|---|---|---|
| ERIC OLLISON, | ) | Appeal from the United States District |
| | ) | Court for the Central District of Illinois |
| Plaintiff-Appellant, | ) | |
| | ) | |
| v. | ) | No. 1:17-cv-01077-JES-JEH |
| | ) | |
| GREGORY GOSSETT, COREY WISE, ROBBIE JOHNSON, MARCUS HARDY, and WALTER NICHOLSON, | ) ) ) ) | |
| | ) | The Honorable |
| | ) | JAMES E. SHADID, |
| Defendants-Appellees. | ) | Judge Presiding. |

**DEFENDANTS-APPELLEES' MOTION
FOR EXTENSION OF TIME TO FILE BRIEF**

Defendants-Appellees move this court for a 30-day extension of time, from June 5, 2024, to July 5, 2024, to file their response brief in this appeal, and submit the attached declaration in support of this motion.

                                                        Respectfully submitted,

                                                        KWAME RAOUL
                                                        Attorney General
                                                       State of Illinois

By:    /s/ Chaya M. Citrin
        CHAYA M. CITRIN
        Assistant Attorney General
        115 South LaSalle Street
        Chicago, Illinois 60603
        (312) 814-7122 (office)
        (773) 590-7052 (cell)
        Chaya.Citrin@ilag.gov

# DECLARATION

I, Chaya M. Citrin, state the following:

1. I am a citizen of the United States over the age of 18. My current business address is 115 South LaSalle Street, Chicago, Illinois 60603. I have personal knowledge of the facts set forth in this declaration. If called upon, I could competently testify to these facts.

2. I am an Assistant Attorney General in the Civil Appeals Division of the Office of the Attorney General of the State of Illinois, and have been assigned to represent Defendants-Appellees Gregory Gossett, Corey Wise, Robbie Johnson, Marcus Hardy, and Walter Nicholson in this appeal docketed as No. 23-1125.

3. The response brief of Defendants-Appellees is due to be filed with this court by June 5, 2024, on four extensions of time. *See* 7th Cir. Doc. 34. On January 26, 2024, Defendants-Appellees moved for a first extension of time, *see* 7th Cir. Doc. 27, which this court granted the same day, *see* 7th Cir. Doc. 28. On February 27, 2024, Defendants-Appellees moved for a second extension of time, *see* 7th Cir. Doc. 29, which this court granted the same day, *see* 7th Cir. Doc. 30. On March 27, 2024, Defendants-Appellees moved for a third extension of time, *see* 7th Cir. Doc. 31, which this court granted the same day, *see* 7th Cir. Doc. 32. On April 26, 2024, Defendants-Appellees moved for a fourth extension of time, *see* 7th Cir. Doc. 33, which this court granted the same day, *see* 7th Cir. Doc. 34.

4. Under 7th Cir. R. 26, this motion should have been filed on May 29, 2024. I apologize to the court and to opposing counsel for any inconvenience caused by this delay.

5. I am requesting a 30-day extension of time for the following reasons.

6. First, I am planning to begin parental leave on May 31, 2024. I have made progress on the brief and am preparing to transfer the brief to another attorney in the Civil Appeals Division in case it is not finished by the time that I go on leave.

7. Second, I was out of the office for personal reasons on May 1, 10, 14, 20, 22-24, and 27-29, 2024 and thus unable to work on the brief for some or all of the time on those days.

8. On May 29, 2024, I gave notice to Irene K. Dymkar, the attorney for the opposing party, Plaintiff-Appellant Eric Ollison, in this appeal by providing a copy of this motion before it was filed with this court. That attorney objects to this motion.

9. I do not request this extension of time from June 5, 2024, to July 5, 2024, to file the response brief in this appeal for purposes of delay but so that I may try to meet my professional responsibilities, properly represent my clients, and provide this court with a thorough brief in this case.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

Executed on May 30, 2024.

/s/ Chaya M. Citrin
CHAYA M. CITRIN
Assistant Attorney General
115 South LaSalle Street

Chicago, Illinois 60603
(312) 814-7122 (office)
(773) 590-7052 (cell)
Chaya.Citrin@ilag.gov

# CERTIFICATE OF FILING AND SERVICE

I certify that on May 30, 2024, I electronically filed the foregoing Defendants-Appellees' Motion for Extension of Time to File Brief with the Clerk of the Court for the United States Court of Appeals for the Seventh Circuit by using the CM/ECF system.

The other participant in this appeal, named below, is a CM/ECF user, and thus will be served by the CM/ECF system.

Irene K. Dymkar
irene.dymkar@dymkarlaw.com

/s/ Chaya M. Citrin
CHAYA M. CITRIN
Assistant Attorney General
115 South LaSalle Street
Chicago, Illinois 60603
(312) 814-7122 (office)
(773) 590-7052 (cell)
Chaya.Citrin@ilag.gov